**DISMISS and Opinion Filed September 22, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00614-CV

## ROCKWALL REGIONAL HOSPITAL, LLC D/B/A
## TEXAS HEALTH ROCKWALL, D/B/A
## TEXAS HEALTH PRESBYTERIAN HOSPITAL ROCKWALL D/B/A
## TEXAS HEALTH HOSPITAL ROCKWALL, Appellant
## V.
## BRILYN BAKER, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-13262**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Smith

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/

CRAIG SMITH

　JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ROCKWALL REGIONAL
HOSPITAL, LLC D/B/A TEXAS
HEALTH ROCKWALL, D/B/A
TEXAS HEALTH PRESBYTERIAN
HOSPITAL ROCKWALL D/B/A
TEXAS HEALTH HOSPITAL
ROCKWALL, Appellant

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-13262.
Opinion delivered by Justice Smith.
Justices Schenck and Garcia
participating.

No. 05-21-00614-CV          V.

BRILYN BAKER, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRILYN BAKER recover her costs of this appeal from appellant ROCKWALL REGIONAL HOSPITAL, LLC D/B/A TEXAS HEALTH ROCKWALL D/B/A TEXAS HEALTH PRESBYTERIAN HOSPITAL ROCKWALL D/B/A TEXAS HEALTH HOSPITAL ROCKWALL.

Judgment entered September 22, 2021